UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SOUZA,<br><br>          Plaintiff,<br><br>     v.<br><br>CREDIT CONTROL, LLC,<br><br>          Defendant. | Case No. 1:22-cv-00873-ADA-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 14) |

On February 8, 2023, the parties filed a stipulation of dismissal, dismissing this action with prejudice and without an award of costs and attorneys' fees. (ECF No. 14). The parties also stipulate to the Court retaining jurisdiction to enforce the terms of their settlement agreement.

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close the case. However, the Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated:  **February 15, 2023**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1